UNITED STATES DISTRICT COURT
SOUTH DISTRICT OF FLORIDA

CASE NO.: 1:26-cv-22067-KMM

ERIC SCHULTZ,
Plaintiff,

v.

CITY OF MIAMI BEACH, FLORIDA,
a Florida municipal corporation,
Defendant.
________________________________________/

**NOTICE OF CHANGE OF ADDRESS**

NOTICE IS HEREBY GIVEN that counsel for the Plaintiff, ERIC SCHULTZ, is changing her address effective immediately to the following:

TERI GUTTMAN VALDES, LLC
1533 Sunset Drive, Suite 225
Coral Gables, FL 33143
Telephone: (305) 740-9600

Please ensure all correspondence and pleadings are sent to the new address immediately.

Respectfully Submitted,

By:/s/Teri Guttman Valdes____
Teri Guttman Valdes, Esq.
TERI GUTTMAN VALDES LLC
1533 Sunset Drive, Suite 225
Coral Gables, FL 33143
Fla. Bar No. 0010741
Email: tgvaldes@aol.com
Telephone: (305) 740-9600
*Counsel for Plaintiff*